# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Camilo Mendoza-Valenzuela,<br>a.k.a.: Camilo Mendoza,<br>a.k.a.: Mendoza Valenzuela,<br>(A 091 489 603)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 16 - 8467 MJ |

DOA 11-8-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 8, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Camilo Mendoza-Valenzuela, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 16, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 8, 2016, Camilo Mendoza-Valenzuela was encountered by Officer Moran of the Mesa Police Department (MPD), during a traffic stop, in Mesa, Arizona. MPD Officer Moran received a positive hit confirmation and contacted the Law Enforcement Support Center (LESC) for assistance. ICE Deportation Officer B. George with the LESC determined Mendoza-Valenzuela to a be a citizen of Mexico, illegally present in the United States. On the same date, the Phoenix ICE Law Enforcement Agency Unit was notified and transfer arrangements for Mendoza-Valenzuela were made with the MPD. On November 8, 2016, Mendoza-Valenzuela was transferred from the Mesa city jail to the Phoenix ICE office for further investigation and processing. Mendoza-Valenzuela was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Camilo Mendoza-Valenzuela to be a citizen of Mexico and a previously deported criminal alien. Mendoza-Valenzuela was removed from the United States to Mexico through Nogales, Arizona, on or about May 16, 2011, pursuant to a removal order issued by an immigration judge. There is no record of Mendoza-Valenzuela in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Mendoza-Valenzuela's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Camilo Mendoza-Valenzuela was convicted of Possession of Narcotic Drugs for Sale, a felony offense, on November 13, 2000, in the Superior Court of Arizona, Maricopa County. Mendoza-Valenzuela was sentenced to one hundred and twenty-eight (128) days' incarceration and four (4) years' probation. Mendoza-Valenzuela's criminal history was matched to him by electronic fingerprint comparison.

5. On November 9, 2016, Camilo Mendoza-Valenzuela was advised of his constitutional rights. Mendoza-Valenzuela freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Camilo Mendoza-Valenzuela, an alien, was found in the

3

United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 16, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
René A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge